FILED
JUN 1 9 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEAN SHALLOW,

           Plaintiff,

v.

NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY
ASSISTANCE, *et al.*,

           Defendants.

Case: 1:15-cv-00946
Assigned To : Unassigned
Assign. Date : 6/19/2015
Description: Pro Se Gen. Civil (F Deck)

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

Plaintiff alleges that he has paid support for a child who may not be his biological child. *See* Compl. at 1. He asks this Court "to order a DNA paternity test." *Id.* If it is determined that the child is not his, plaintiff asks to "dismiss the child support order and refund all money paid." *Id.* at 2. Alternatively, if the child is plaintiff's biological child, plaintiff requests a "downward modification of payments to reflect his income from [the] year 2013 . . . ." *Id.*

"Family relations are a traditional area of state concern." *Moore v. Sims*, 442 U.S. 415, 435 (1979). This Court must abstain from interfering with ongoing proceedings in the state courts under the doctrine established by the Supreme Court in *Younger v. Harris*, 401 U.S. 37 (1971), particularly in light of the important state interests at issue in child support proceedings,

*see, e.g., Augustin v. County of Alameda*, 234 F. App'x 521, 522 (9th Cir. 2007). The Court therefore will dismiss this action. An Order is issued separately.

/s/ Colleen Kollar-Kotelly
United States District Judge

DATE: 6/18/15